**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Krystal Jones
_____

                                    )
                    **Plaintiff(s)**  )
                                    )
        **vs.**                       )
                                    )
                                    )
                                    )
                    **Defendant(s)**  )
Discover
_____

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    AUG 22 2025    ★

LONG ISLAND OFFICE

Civil Case No.:

**CIVIL COMPLAINT**
**PURSUANT TO**
**TITLE VII OF THE**
**CIVIL RIGHTS ACT,**
**AS AMENDED**

EDNY PRO SE OFFICE    AUG 22 2025    RECEIVED

Plaintiff(s) demand(s) a trial by:  ☒ JURY    ☐ COURT    (Select **only** one).

## JURISDICTION

1.    Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.    Plaintiff: Krystal Jones
      _____

      Address: Brentwood NY 11717
      _____

      _____

      _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: _____

            Official Position: _____

            Address: _____

            _____

            _____

REC'D IN PRO SE OFFICE
AUG 22 '25 PM 12:57

b.    Defendant:        Discover

        Official Position: _____

        Address:    800 Prides Crossing

                Newark, DE 19713

4.    This action is brought pursuant to:

    [✔] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

    [ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

    (A)  [✔]  My race or color.
    (B)  [ ]  My religion.
    (C)  [✔]  My sex (or sexual harassment).
    (D)  [✔]  My national origin.
    (E)  [ ]  My pregnancy.
    (F)  [ ]  Other: _____.

7.    The conduct complained of in this action involves:

    (A)  [ ]  Failure to employ.
    (B)  [ ]  Termination of employment.
    (C)  [✔]  Failure to promote.
    (D)  [✔]  Unequal terms and conditions of employment.
    (E)  [ ]  Reduction in wages.
    (F)  [✔]  Retaliation.
    (G)  [ ]  Other acts as specified below:

8.                                    **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.  (You may use additional sheets as necessary).**

_____

_____

_____

_____

_____

_____

_____

_____

9.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

10.     I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11.     The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

_____5/22/2025_____
(Provide Date)

12.     The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.     The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.     The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.  **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____8/21/2025_____

## Krystal Jones
_____

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE U.S. District Courts of New York.

---

KrystalJones,
Plaintiff,
v.
Discover Financial Services, et al.,
Defendants.

---

Civil Action No.: [To be assigned]

COMPLAINT FOR VIOLATION OF FEDERAL CIVIL RIGHTS, DISCRIMINATION, RETALIATION, PRIVACY VIOLATIONS, AND FAILURE TO ACCOMMODATE UNDER TITLE VII, THE ADA, AND OTHER FEDERAL LAWS

---

I. PARTIES

1. Plaintiff, Krystal Jones, is an individual and former employee of Discover Financial Services, residing in Brentwood, NY.

2. Defendant, Discover Financial Services, is a financial institution headquartered in DE, operating nationally, including in Delaware where Plaintiff was employed.

3. Defendant(s)
Discover
Comcast
Tron rider
Magda Chulan
Aaron ( unknown last name)
Joy Hanirick
Tiara (unknown last name)
Caridad Herbert
Kristen Taylor
Erica price
Eric price

Natalie Cassel
Natalie kalmbacher
Calvin Williams
Melbourne Williams
Heather ( unknown last name)
Jeff moran
Michelle Ma
Thomas Whalen
Lori (unknown last name)
Georgia Aka Sam ((unknown last name)
Holly( unknown last name)
Appelby apartments
Lynette McKenzie
Henry Diaz
Clint Morley
Rae ( unknown last name)

John/Jane Does 1-30 are individuals acting in their official and personal capacities as managers, supervisors, HR representatives, and co-workers of Plaintiff during the relevant time period. I would like to supply all their names at a later time.

---

## II. JURISDICTION & VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because the claims arise under federal laws including Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), the Electronic Communications Privacy Act (ECPA), and 42 U.S.C. §§ 1981 and 1983.

5. Venue is proper under 28 U.S.C. § 1391 because the unlawful acts occurred in this district and the Defendants operate in this jurisdiction.

---

## III. FACTUAL BACKGROUND

A. Employment and Discrimination

6. Plaintiff began working for Discover in approximately 2013 and immediately experienced racially and culturally offensive comments from trainers and supervisors, including remarks about Plaintiff's Jamaican and Indian heritage in violation of Title VII, 42 U.S.C. § 2000e-2(a).

7. Plaintiff was subjected to offensive stereotyping, discriminatory treatment in training and evaluation, and was denied fair advancement opportunities, consistent with violations of 42 U.S.C. § 1981.

8. Plaintiff's repeated attempts to report discrimination and harassment to HR were denied, blocked, or ignored — including being forced to explain sensitive matters in public areas, discouraging formal complaints.

---

B. Retaliation and Hostile Work Environment

9. Plaintiff made internal and external complaints, including to the Equal Employment Opportunity Commission (EEOC), and experienced retaliatory acts in violation of Title VII, 42 U.S.C. § 2000e-3(a) and 18 U.S.C. § 1513(e).

10. These acts included being:

Subjected to performance scrutiny not applied to others

Denied workplace accommodations

Targeted with manipulated schedules

Publicly humiliated and removed from meetings

Given negative reviews later quietly changed without explanation

Denied FMLA leave until escalated

---

C. Sexual Assault and Obstruction

11. In 2018, Plaintiff was sexually assaulted. Plaintiff attempted to report the assault and obtain medical care, but was obstructed by workplace interference, privacy violations, and third-party intimidation.

12. Discover supervisors, directly or indirectly, engaged in obstruction of Plaintiff's attempts to retain legal counsel and seek justice, consistent with 18 U.S.C. § 1512(b) and § 1513(e).

13. Plaintiff's attempts to work with doctors, therapists, attorneys, and advocacy organizations were repeatedly interfered with by unknown actors tied to Defendant(s), who monitored communications and blocked access to services.

---

D. Privacy Violations and Harassment

14. Plaintiff's personal communications, calls, and texts were monitored without consent — potentially in violation of the Electronic Communications Privacy Act (ECPA), 18 U.S.C. § 2511, and Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030.

15. Delays in text messages, missing voicemails, and access restrictions to government websites coincided with attempts to file complaints, retain legal counsel, or obtain mental health care.

16. Discover and/or agents acting on their behalf used workplace telephony to harass Plaintiff with personal threats during customer service calls, including:

References to Plaintiff's private life

Remarks about suicide

Direct statements like "End it" or "Stay safe"

Knowledge of private, confidential conversations

---

E. Psychological Harm and Suicide Attempt

17. As a result of constant surveillance, retaliation, emotional abuse, and fear for her safety, Plaintiff attempted suicide and was hospitalized.

18. Despite this, Defendants continued to interfere with Plaintiff's recovery and subjected her to more retaliation upon returning to work, violating the Americans with Disabilities Act (ADA), 42 U.S.C. § 12112(a).

---

IV. CAUSES OF ACTION

COUNT I — Race/National Origin Discrimination (Title VII, 42 U.S.C. § 2000e-2)

COUNT II — Retaliation (Title VII, 42 U.S.C. § 2000e-3)

COUNT III — Violation of Civil Rights (42 U.S.C. § 1981, § 1983)

COUNT IV — Violation of ADA (Failure to Accommodate, Disability Discrimination)

COUNT V — Electronic Surveillance Without Consent (ECPA, 18 U.S.C. § 2511)

COUNT VI — Computer Tampering and Communications Interference (CFAA, 18 U.S.C. § 1030)

COUNT VII — Obstruction of Justice and Retaliation (18 U.S.C. § 1512, § 1513)

---

V. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. Award compensatory damages for emotional distress, pain, suffering, and lost wages.

2. Award punitive damages for the malicious, willful conduct of Defendants.

3. Order injunctive relief, including a cease and desist from all further harassment.

4. Refer relevant facts for criminal investigation, including surveillance and obstruction.

5. Award attorney's fees and costs under 42 U.S.C. § 1988.

6. Grant any further relief the Court deems just and proper.

7.Motion to Proceed In Forma Pauperis (IFP) under 28 U.S.C. § 1915

Jury trial requested

Request for Waiver of Court Costs

Plaintiff respectfully requests leave to proceed in this matter in forma pauperis pursuant to 28 U.S.C. § 1915, as Plaintiff is unable to pay the costs of these proceedings without undue hardship. Plaintiff submits that requiring payment of fees would effectively deny access to the Court and infringe upon Plaintiff's constitutional right to petition the government for redress of grievances under the First Amendment and right of access to the courts guaranteed by the Due Process Clause.

Accordingly, Plaintiff requests that the Court waive the filing fee and any other costs ordinarily required to initiate this action.

---

Respectfully Submitted,
Krystal Jones
631-304-3288
J.krystal212@yahoo.com
Brentwood, ny 11717

Dated: 8/21/25



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/22/2025

**To:** Krystal Jones
6 ferris ave
BRENTWOOD, NY 11717
Charge No: 530-2024-05290

EEOC Representative and email:    RICHARD MCCRAE
Investigator
richard.mccrae@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 530-2024-05290.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
05/22/2025

Arlean Nieto
Acting District Director

**Cc:**
NA NA
800 pride
NEWARK, DE 19713

Krista Easom
GRSM
1 N Wacker Suite 1600
Chicago, IL 60606

Danielle Harris
2500 Lake Cook Rd
Riverwoods, IL 60015


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 530-2024-05290 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 530-2024-05290 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Use. Reuse. Recycle.

Extremely Urgent

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

100% Recycled fiber
80% Post-Consumer

KRYSTAL JONES
(631) 304-3288
THE UPS STORE #7782
244 E MAIN ST
EAST ISLIP NY 11730-2712

1 LBS
SHP WT: 1 LBS
DWT: 15,12,1
DATE: 21 AUG 2025

1 OF 1

SHIP DISTRICT COURTFOR ESTRN DIST. OF NY
TO:  100 FEDERAL PLZ

CENTRAL ISLIP NY 11722-4438

NY 117 0-01

UPS NEXT DAY AIR

TRACKING #: 1Z C1X 379 01 0685 6519

1

BILLING: P/P

MMYT7O2RGNY48 ISH 13.0BC ZZD23B EP 32.5V 08/2025

RECEIVED
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 22 2025 ★
LONG ISLAND OFFICE

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

**Domestic Shipments**
• To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
• The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

• To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Reusable Express Envelope**

**Legal Size**
Reduce paper waste by using this envelope a second time – either to return to sender or with another recipient. See reuse instructions on the flap above.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com  01019511212  05/21  PAC  United Parcel Service